JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LODGING USA LENDCO, LLC,<br>    Plaintiff,<br><br>               v.<br><br>DBS BANK LTD., et al.,<br>    Defendants. | 2:23-cv-3408-DSF-JPRx<br><br>JUDGMENT |

    The Court having granted a motion to dismiss DBS Trustee Ltd. for lack of personal jurisdiction, having granted a motion to dismiss DBS Bank Ltd. for failure to state a claim, and Plaintiff having not amended the complaint within the time allotted by the Court,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice as to DBS Bank Ltd., that the action be dismissed without prejudice as to DBS Trustee Ltd., and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: February 16, 2024

                                      *Dale S. Fischer*
                                      Dale S. Fischer
                                      United States District Judge